955 A.2d 348

**Kenneth FORTUNE, Petitioner**

v.

**Jeffery BEARD, Respondent.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Appeal Nunc Pro Tunc is **GRANTED.** The Prothonotary shall direct Petitioner to file the Notice of Appeal within 30 days of the date of this order.

955 A.2d 349

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Larry TURNER, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**